IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABIGAIL SLATER, a minor child, by and through her father, next friend and natural guardian, BRIAN SLATER; and BRIAN SLATER and LAYLA SLATER, in their individual capacities, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV638 |
| v. | ) ) | |
| THOMAS L. JELINEK and FRONTIER COOPERATIVE COMPANY, a Nebraska corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 11).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, January 11, 2007, at 9 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office, (402) 661-7320, prior to said date.

DATED this 22nd day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court