IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ABIGAIL SLATER, a minor child,)
by and through her father,    )
next friend and natural       )
guardian, BRIAN SLATER; and   )
BRIAN SLATER and LAYLA        )
SLATER, in their individual   )
capacities,                   )
                              )
              Plaintiffs,     )         8:06CV638
                              )
       v.                     )
                              )
THOMAS L. JELINEK and FRONTIER)         ORDER
COOPERATIVE COMPANY, a        )
Nebraska corporation,         )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the joint motion for enlargement of progression order deadlines for a scheduled mediation (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is stayed. On or before March 10, 2008, the parties shall file a status report as to the mediation proceedings.

DATED this 19th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court