IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABIGAIL SLATER, a minor child, by and through her father, next friend and natural guardian, BRIAN SLATER; and BRIAN SLATER and LAYLA SLATER, in their individual capacities, | ) ) ) ) ) ) | 8:06CV638 |
| | ) ) | ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THOMAS L. JELINEK and FRONTIER COOPERATIVE COMPANY, a Nebraska corporation, | ) ) ) ) ) | |
| Defendans. | ) | |

IT IS ORDERED that a planning conference with the undersigned will be held on:

**Tuesday, March 25, 2008, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 11th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court