IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABIGAIL SLATER, a minor child, by and through her father, next friend and natural guardian, BRIAN SLATER; and BRIAN SLATER and LAYLA SLATER, in their individual capacities, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV638 |
| v. | ) ) | |
| THOMAS L. JELINEK and FRONTIER COOPERATIVE COMPANY, a Nebraska corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties have advised the Court they have stipulated and agreed to the date, time and place for evaluation of plaintiffs. Accordingly,

IT IS ORDERED that plaintiffs shall submit to an interview by Dr. Jacquelyn E. Wenkman, Ph.D., for evaluation purposes, in accordance with this Court's memorandum and order of April 1, 2008, at their home in Dunlap, Illinois, on April 26, 2008, between the hours of 9 a.m. and noon of said date.

DATED this 10th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court