IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ABIGAIL SLATER, a minor child,)
by and through her father,     )
next friend and natural        )
guardian, BRIAN SLATER; and    )
BRIAN SLATER and LAYLA         )
SLATER, in their individual    )
capacities,                    )
                               )
          Plaintiffs,          )        8:06CV638
                               )
     v.                        )
                               )
THOMAS L. JELINEK and FRONTIER )        ORDER
COOPERATIVE COMPANY, a         )
Nebraska corporation,          )
                               )
          Defendants.          )
_____)
```

      This matter is before the Court on the motion to extend deadline for Fed.R.Civ.P. 26(a)(2) disclosures for defendant expert witness (Filing No. 40).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; defendants shall have until September 15, 2008, to comply with Fed.R.Civ.P. 26(a)(2) with regard to expert witness Dr. Steven Rothke.

      DATED this 21st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court