## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABIGAIL SLATER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:06CV638 |
| vs. | ) | |
| | ) | ORDER |
| THOMAS L. JELINEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion for a continuance of the pretrial conference (Filing No. 103).  The motion will be granted.

**IT IS ORDERED:**

1.      The parties' joint motion for a continuance of the pretrial conference (Filing No. 103) is granted.

2.      The pretrial conference in this matter is scheduled for **December 30, 2008, at 10:30 a.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at *thalken@ned.uscourts.gov*, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 17th day of November, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge