# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABIGAL SLATER, a minor child by and through her father, next friend and natural guardian, BRIAN SLATER; and BRIAN SLATER and LAYLA SLATER, in their individual capacities, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV638 |
| vs. | ) ) ) | ORDER |
| THOMAS L. JELINEK and FRONTIER COOPERATIVE COMPANY, a Nebraska corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

A settlement conference with the undersigned magistrate judge and the parties convened on January 6, 2009. The parties were unable to arrive at a settlement. Accordingly, this matter shall proceed to trial as previously ordered by the court.

**IT IS SO ORDERED.**

DATED this 6th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge