IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ABIGAIL SLATER, a minor child,)
by and through her father,    )
next friend and natural       )
guardian, BRIAN SLATER; and   )
BRIAN SLATER and LAYLA        )
SLATER, in their individual   )
capacities,                   )
                              )
               Plaintiffs,    )      8:06CV638
                              )
     v.                       )
                              )
THOMAS L. JELINEK and FRONTIER)      ORDER
COOPERATIVE COMPANY, a        )
Nebraska corporation,         )
                              )
               Defendants.    )
_____)
```

This matter is before the Court on plaintiffs' objections to the deposition testimony of Kelly Pabon as set forth in the order on final pretrial conference (Filing No. 111, at 7). Upon consideration of plaintiffs' objections,

IT IS ORDERED:

1) Plaintiffs' objections to the deposition testimony of Kelly Pabon are sustained in part. The following portions of the deposition of Kelly Pabon are stricken:

| From (Page:Line) | To (Page:Line) |
|---|---|
| 6:15 | 7:2 |
| 14:6 | 14:9 |
| 17:9 | 17:12 |

| | |
|---|---|
| 18:10 | 18:14 |
| 32:18 | 33:20 to "Everybody seems to." |
| 35:13 | 35:23 |
| 36:1 | 36:3 |

2) Except as stated above, plaintiffs' objections to the deposition testimony of Kelly Pabon are overruled.

DATED this 20th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court