IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIGAIL SLATER, a minor child, by and through her father, next friend and natural guardian, BRIAN SLATER; and BRIAN SLATER and LAYLA SLATER, in their individual capacities,<br><br>        Plaintiffs,<br><br>    v.<br><br>THOMAS L. JELINEK and FRONTIER COOPERATIVE COMPANY, a Nebraska corporation,<br><br>        Defendants. | 8:06CV638<br><br><br><br>ORDER |

    This matter is before the Court on the stipulation and joint motion for judgment of dismissal with prejudice (Filing No. 125). The Court finds the stipulation should be approved and adopted and the motion granted. Accordingly,

    IT IS ORDERED that the stipulation of the parties is approved and adopted; the motion is granted, and this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED this 25th day of March, 2009.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court